JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GUY ALLEN DIETZ, | ) | Case No. CV 18-10154 PA (FFM) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| W.J. SULLIVAN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: July 9, 2019

_____
PERCY ANDERSON
United States District Judge